

November 17, 2023

**Via E-Filing**
The Honorable Matthew F. Kennelly
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

    **Re:**   *10X Genomics, Inc., et al. v. Nanostring Technologies, Inc.*
             **C.A. No. 22-cv-261-MFK & 22-cv-1375-MFK**

Dear Judge Kennelly,

    We have confirmed that neither NanoString Technologies, Inc., nor anyone on its behalf, has retained Ankura Consulting Group in connection with *NanoString Technologies, Inc. v. 10x Genomics, Inc.*, 22-cv-1375-MFK (D. Del.) and/or *10x Genomics, Inc. and President and Fellows of Harvard College v. NanoString Technologies, Inc.*, 22-cv-261-MFK (D. Del.). Further, there is no intent to do so.

                                     Respectfully submitted,

                                       /s/ Brian E. Farnan

                                       Brian E. Farnan

cc: Counsel of Record (Via E-Filing)